AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | | |
|---|---|---|
| Jonathan Brown | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00149-JRH-BKE |
| Georgia Department of Public Safety | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jonathan Brown, Plaintiff .

Date: 08/08/2025

/s/ Yvonne S. Godfrey
*Attorney's signature*

Yvonne S. Godfrey, Esq. GA Bar No. 318567
*Printed name and bar number*

4279 Roswell Road NE
STE 208 #229
Atlanta, Georgia 30342

*Address*

yvonne@ericrogerslaw.com
*E-mail address*

(404) 757-9297
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing document upon all parties to this matter by filing same with the Court's CM/ECF system, which will deliver electronic service to all parties through their counsel of record.

This 8th day of August, 2025.

                                                          Respectfully submitted,

                                                          **ERIC J.D. ROGERS LAW, LLC**
                                                          */s/ Yvonne S. Godfrey*
                                                          Eric J.D. Rogers, Esq.
                                                          Georgia State Bar No. 100081
                                                          Yvonne S. Godfrey, Esq.
                                                          Georgia State Bar No. 318567
                                                          *Attorneys for Plaintiff*

4279 Roswell Rd NE
Suite 208 #229
Atlanta, GA 30342
eric@ericrogerslaw.com
yvonne@ericrogerslaw.com
P: 404-946-7002